No. 03–8628. HODGE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 03–8631. HICKMAN v. DELAWARE DIVISION OF FAMILY SERVICES. Sup. Ct. Del. Certiorari denied.

No. 03–8692. HATTON v. RANEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8731. WARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8734. NEAL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8742. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8743. SEALED PETITIONER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 03–8750. RAMOS-SANTIAGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8758. PONCE CASTELLON, AKA CASTELLON PONCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8760. LEE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8761. MANJARREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–8762. MENDOZA-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8765. McDADE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 03–8766. ALLEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8767. McKENZIE v. CASTERLINE, WARDEN. C. A. 5th Cir. Certiorari denied.